## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| HOLLY CASTEEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cv-410-RAH |
| | ) | |
| FALCK USA, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the *Stipulation of Pro Tanto Dismissal* (Doc. 65) relating to Plaintiff's claims against Defendants Falck USA, Inc. and Haynes Ambulance of Macon County, LLC.   For good cause, it is **ORDERED** that Plaintiff's claims against Defendants Falck USA, Inc. and Haynes Ambulance of Macon County, LLC are **DISMISSED with prejudice**, costs taxed as paid.

Plaintiff's claims against Defendant Rodney Boles remain pending.

**DONE**, this 1st day of February, 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE