IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLY CASTEEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cv-410-RAH |
| | ) | |
| RODNEY BOLES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pending before the Court is the *Stipulation of Dismissal with Prejudice*, (doc. 70), which was filed on May 21, 2024, and comports with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, this action is **DISMISSED WITH PREJUDICE** on the terms agreed to and set out by the parties. The pre-trial conference scheduled for May 23, 2024, is **CANCELLED**.

**DONE**, on this the 22nd day of May, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE